IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

# MINUTE SHEET

**UNITED STATES OF AMERICA**  Date: July 11, 2023

vs.  Case No. 22-3005-01-CR-S-MDH

**JARED GONZALES**

**Honorable Douglas Harpool, presiding at Springfield, Missouri**

**Nature of Hearing: Sentencing**

**Time Commenced: 11:30 a.m.**  **Time Terminated: 11:46 a.m.**

## APPEARANCES

**Plaintiff: Stephanie Wan, AUSA**  **Defendant: William Ermine**

**Proceedings:** Parties appear as indicated, dft in person. No objections to the PSI. Dft accorded allocution. SENTENCE: Dft is committed to the BOP for 180 months on Count 1; followed by 10 years Supervised Release. No fine. $100 MPA. JVTA – waived. Special conditions of supervised release imposed. Court recommends sex offender treatment program at a suitable SOMP facility, RDAP and UNICOR. Dft advised of right to appeal. Dft remanded into custody.

**COURTROOM DEPUTY:** Linda Howard
**COURT REPORTER:** Jeannine Rankin
**USPPTS:** Elizabeth Dempsey